AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

**FILED**

MAR 2 2 2019

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Dash Management, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-cv-08393 |
| Craig Ard and Spartan Fiber, LLC | ) |
| *Defendant* | ) |

**SA19CA0299**

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/23/2018.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 03/01/2019

**THOMAS G. BRUTON**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# United States District Court

### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF:**

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on **MAR - 1 2019**.

THOMAS G. BRUTON, CLERK

By: *[signature]*
Deputy Clerk

Rev. 08/22/2016

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DASH MANAGEMENT, INC., a Florida corporation,<br><br>              Plaintiff,<br><br>v.<br><br>CRAIG ARD, an individual, and SPARTAN FIBER, LLC, a Texas limited liability company,<br><br>              Defendants. | Case No. 1:17-cv-08393 |

## ORDER FOR DEFAULT JUDGMENT

The defendants, Craig Ard and Spartan Fiber, LLC, having failed to appear, plead or otherwise defend in this action, and default having been entered, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and the Court granting the Motion for Default Judgment on February 14, 2018;

IT IS HEREBY ORDERED that default judgment is entered in favor of plaintiff DASH MANAGEMENT, INC. and against defendants CRAIG ARD and SPARTAN FIBER, LLC, jointly and severally, as follows:

1. $112,000.00 due on the Promissory Note principal and Interest Payment ("Outstanding Amount");

2. $11,120.22 interest accrued at 24% per annum on the Outstanding Amount;

3. $42,280.00 late charges accrued at .25% daily on the Outstanding Amount;

4. $3,006.25 in reasonable attorney's fees and costs accrued;

5.  Plus interest on the judgment at the highest legal rate until the judgment is satisfied.

**Dated: 3/23/2018**     **ENTERED:**     /s/ Sharon Johnson Coleman

_____
Sharon Johnson Coleman
United States District Court Judge